UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13351** |
| **DARRELL VANNOY, WARDEN** | **SECTION: "G"(5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Aaron Martin is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this   9th   day of December, 2020.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**